**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT PADUCAH**

**YORIG R. REYES**
    Petitioner

v.                                                                                   No. 5:05CV-00202-R

**JOHN MOTLEY, Warden**
    Respondent

**ORDER AND JUDGMENT**

This matter is before the court upon the petition for writ of habeas corpus filed by the petitioner pursuant to 28 U.S.C. § 2254. The magistrate judge has recommended that the petition be denied. The court has conducted a de novo review of the magistrate judge's report in light of the objections thereto and the record as a whole. The court has determined that the magistrate judge's report should be adopted in full.

It is therefore ORDERED as follows:

1. The petition for writ of habeas corpus (Docket Entry No. 4) is DENIED.

2. The petitioner is DENIED a certificate of appealability pursuant to 28 U.S.C. § 2253(c) in light of the analysis of each issue contained in the magistrate judge's report.

3. The petitioner is DENIED leave to appeal to the Court of Appeals in forma pauperis pursuant to 28 U.S.C. § 1915(a) because such appeal would be frivolous and not be taken in good faith.

4. The petitioner shall direct any further request for a certificate of appealability or for appeal in forma pauperis to a judge of the United States Court of Appeals for the Sixth Circuit pursuant to the requirements of Fed.R.App.P. 22(b) and 24, respectively.

5. This is a final and appealable order, and there is no just cause for delay.